```
UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ALASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:14-po-0002-SAO |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ON** |
| vs. | ) | **MOTION TO RECONSIDER** |
| | ) | **AND AMEND MEMORANDUM** |
| CLARENCE ALEXANDER, | ) | **OPINION (DOCKET 33)** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This court considered the United States' Motion to Reconsider and Amend Memorandum Opinion at Dkt. 35. On reconsideration, the language to which counsel objects is extraneous to the judgment, therefore the Motion to Reconsider and Amend the Memorandum Opinion is GRANTED.

This court orders the Memorandum Opinion at Dkt. 33 withdrawn and replaced with the Memorandum Opinion attached.

ENTERED at Fairbanks, Alaska, this 20th day of March, 2017.

```
                              S/ SCOTT A. ORAVEC_____
                              Scott A. Oravec
                              United States Magistrate Judge
```